DORLAND REALTY CORPORATION, Respondent, *v.* ARVILLE M. TURNER, Appellant, Impleaded with Others.

ARVILLE M. TURNER, Appellant, *v.* EFFICIENT BUILDING CORPORATION et al., Defendants, and LOUIS F. MENTZ, Respondent.

(Argued April 16, 1935; decided April 30, 1935.)

569

*Monroe J. Cahn* for appellant.

*Albert C. Bickford* for respondents.

In each action, order affirmed, with costs, and questions certified answered in the negative. No opinion.

· Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.